# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV 03-5550-R**                                          **Date: AUGUST 4, 2008**

**TITLE: TRUST SO CAL BAKERY, et al. V. RICK MIDDLETON, et al.**
==================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

    J. David Sackman                                       Michael Vanic
                                                             Kathryn Halford

**PROCEEDINGS:**   Plaintiffs' motion for summary judgment following remand
                       Defendants' motion for summary judgment or summary adjudication of issues regarding affirmative
                            defenses by defendants


      **The parties submit on their papers.**

      **The Court GRANTS plaintiff's motion for summary judgment and
DENIES defendant's motion for summary judgment.**

**3 min**

**MINUTES FORM 90**                                    **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**