HIRSCH ADELL (CSB 34208) and
J. DAVID SACKMAN (CSB 106703) Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
email: jds@rac-law.com

Attorneys for Plaintiffs

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA BAKERY DRIVERS SECURITY FUND; DIRK GEERSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>RICK MIDDLETON; BOB DOSS; RONN ENGLISH; PERRI NEWELL; SOUTH BAY TEAMSTERS AND EMPLOYERS HEALTH AND WELFARE AND RELATED BENEFITS TRUST FUND,<br><br>Defendants.<br>_____ | CASE NO. CV 03-5550 R (RZx)<br><br>FINAL JUDGMENT FOR BREACH OF FIDUCIARY DUTIES<br>[29 U.S.C. §§ 1109(a) and 1132(a)(2); Fed. R. Civ. P. 53(f)]<br><br><br>Date:   January 5, 2009<br>Time: 10:00 a.m.<br>Ctrm:  8 (Spring St.) |

Pursuant to the Interlocutory Judgment, entered August 5, 2008 as Docket No. 153, and Rule 53(f) of the Federal Rules of Civil Procedure, a Master was appointed to perform an Accounting for the purpose of determining the final judgment in this case. The Master has issued his report, and the parties have filed a Stipulation Regarding the Report of Special Master. Plaintiffs have filed a motion for Final Judgment upon the Master's Report and Interlocutory Judgment. The Motion is GRANTED.

-1-

1    JUDGMENT is therefore entered on Plaintiffs' Second Claim for Relief, in favor of Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA BAKERY DRIVERS SECURITY FUND; DIRK GEERSEN, against Defendants RICK MIDDLETON; BOB DOSS; RONN ENGLISH; PERRI NEWELL; SOUTH BAY TEAMSTERS AND EMPLOYERS HEALTH AND WELFARE AND RELATED BENEFITS TRUST FUND, as follows:

1.   [TRUST ACCOUNT] A Trust Account has been established pursuant to paragraph 1 of the Interlocutory Judgment, which is incorporated here by reference. Pursuant to the Interlocutory Judgment, Defendants paid in $1,762,568.89 to the Trust Account, on September 11, 2008. That Interlocutory Judgment was modified by the Order entered September 8, 2008, as Docket No. 166, as follows:

> "In no event may the Trust Account be disbursed or intermingled with other assets while any appeal is pending regarding this Interlocutory Order. Rather, the Trust Account shall continue to be maintained pursuant to the provisions of paragraph 1 of the Interlocutory Judgment, until exhaustion of any such appeals, or pursuant to Court Order."

The Trust Account shall continue to be maintained, subject to paragraph 1 of the Interlocutory Order, as modified by the above Order, and as provided herein.

2.   [MASTER'S REPORT] Pursuant to Fed. R. Civ. P. 53(f) and the Stipulation of the parties, the Master's Report (Docket # 178) is adopted by the Court. Pursuant to that Report, the Master found that the "Total Adjusted Surplus" should be $2,140,015.76. This includes the $1,762,568.89 already paid in to the Trust Account.

3. [CREDIT] Pursuant to the findings of the Master, there was a balance of $347,446.87[1/] belonging to the Southern California Bakery Drivers Security Fund. On December 22, 2008, Defendants caused the sum of $347,446.87 to be deposited into the Trust Account. There is therefore now no amount due, and no money judgment needs to be entered against the individual defendants.

4. [JUDGMENT] Pursuant to 29 U.S.C. § 1109(a) and paragraph 4 of the Interlocutory Judgment, JUDGMENT is entered against Defendants, in the form of a trust over the amounts belonging to the the Southern California Bakery Drivers Security Fund, which is the Trust Account created by the Interlocutory Judgment, including the $347,446.87 recently deposited. The Trust Account is the *res* which is the subject of this Judgment, and recourse may only be had against the Trust Account to enforce this Judgment.

5. [TRUST CONTINUES PENDING APPEAL] In no event may the Trust Account be disbursed or intermingled with other assets while any appeal is pending. Rather, the Trust Account shall continue to be maintained pursuant to the provisions of paragraph 1 of the Interlocutory Judgment, until exhaustion of any such appeals, or pursuant to Court Order.

/ / /
/ / /
/ / /

---

[1/] This reflects the payment of $30,000 in death benefits to Bakery Drivers participants in 2002 by South Bay Fund that was not previously accounted for in this action, as found in the Master's Report.

6. [FINAL JUDGMENT, COSTS AND FEES] This Judgment is final as to all parties and claims. Any application for costs or fees shall be made in accordance with this Order and Local Rules 54-3 through 54-12.

SO ORDERED.

Dated: January 6, 2009

_____
HON. MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

Submitted By:

HIRSCH ADELL and
J. DAVID SACKMAN, Members of
REICH, ADELL & CVITAN
A Professional Law Corporation

By: _____/S/_____
J. DAVID SACKMAN
Attorneys for Plaintiffs